

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JAN 13 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Plaintiff(s) George L. Willoughby

vs.    Case Number

Defendant(s) United States / I.R.S.

**COMPLAINT**    20 CV 015 JED - FHM

## A. Parties

1) George L. Willoughby (Plaintiff), is a citizen of Oklahoma (State)

   who presently resides at 406 Fairlane Drive, Apt. #6, Sapulpa, OK 74066 (mailing address if different from residence)

2) Defendant United States Government (Name of first defendant) is a citizen of _____ (City, State)

   and is employed as Fedral Government (Position and title, if any)

3) Defendant Internal Revenue Service (Name of second defendant) is a citizen of _____ (City, State)

   and is employed as Tax Collector (Position and title, if any)

*[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]*

## B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   The Defendant is the United States Government.

## C. Nature of Case

1) Briefly state the background of your case:
   The I.R.S. seized Plaintiffs' tax refunds for 2001 & 2002. The constitution gives I.R.S. the right to levey a tax, and collect said tax. Congress has no Jurisdiction from the
   SEE HERE - TO ATTACHED PAGE

## D. Cause of Action

I allege the following:

1. That this is a ongoing matter. The I.R.S. has sezied over $180.00 of my social security check. This leaves

Complaint    1    CV-05 (12/05) IFP

C. Nature of Case
Constitution to seize a citizen's tax refund. A tax refund is the property of a citizen. Not a tax!

D. Cause of Action
Plaintiff needs at least $1,500.00 to survive. All I want to do is to be able to survive. I will probably have to continue to work. Defendant is over 69 years old!

E. Plaintiff request trial by a jury of 12 members. It is Plaintiff right Article VII of the Constituion of The United States. The value in controversy shall exceed twenty dollars.

$1,027.00 A Month to live on.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Plaintiff owes a tax debt of 10,950.16. To date the IRS collected $9,368.93, leaving a balance $1,581.23 still due.

2. Defendants did seize Plaintiff's refunds totaling $3,765.00. Refunds for 2001 and 2002. Subtracting $1,581.23 from refund of $3,765.00 leaves a positive balance of $2,183.77

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

No one from Senator Langford office to the Defendants "IRS" can show Plaintiff were the 36 month rule is legal according to the Constitution.

3. At the time of filing Plaintiff owes $6,702.18 in penalty's and $2,749.34 in interest, a total of $9,451.52. At present Plaintiff has no mean by which to pay this debt.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

[illegible]

*[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]*

E. Request for Relief

I believe that I am entitled to the following relief:

Plaintiff' tax refund of $2,183.77, Also all penalties and interest, a sum of $9,451.52 is to be dismissed.

/s/ K. Willoughby
Original Signature of Plaintiff
406 Fairlane Dr, Apt #6
Current Address
Sapulpa          OK     74066
City             State  ZIP
539-204-2326
Telephone



Tulsa's Green Country Staffing
GEORGE WILLOUGHBY       EMPL-118341        1              W/E Dt: 11/3/2019        151945
                                                                                   -----YTD-----
          Hours    Amount   Soc Sec       34.88   ADVANCE         125.00  Gross           15,072.90
Regular Pay  37.50  562.50  Medicare       8.16   Garnishment Perc 140.62  Fed W/H           853.12
                            OK St W/H      3.00                            Soc Sec          934.51
                                                                           Medicare         218.58
                                                                           OK St W/H        358.90
                                                                           Nontaxable         0.00
                                                                           Taxable       15,072.90

10/28/19   11/03/19   AM-RAIL CONSTRUCT   37.50         15.00    562.50

                                                                  YTD Hours:      986.70
Gross Pay:    562.50    Deductions:    311.66      Net Pay:       250.84

---

Tulsa's Green Country Staffing                    **VOUCHER**
6802 S Garnett Rd
Broken Arrow, OK 74012
                                                  VOUCHER NO.
                                                                      151945

                                        DATE      11/08/19    AMOUNT
                                                              *********.00

                ****VOID****
                **** Direct Deposit ****
NAME OF
EMPLOYEE        GEORGE LEE WILLOUGHBY
                406 FAIRLANE DRIVE
                #6
                SAPULPA, OK 74066                 **NOT NEGOTIABLE**

---

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY       MPL-118341         1              W/E Dt: 11/3/2019        151945
                                                                                   -----YTD-----
          Hours    Amount   Soc Sec       34.88   ADVANCE         125.00  Gross           15,072.90
Regular Pay  37.50  562.50  Medicare       8.16   Garnishment Perc 140.62  Fed W/H           853.12
                            OK St W/H      3.00                            Soc Sec          934.51
                                                                           Medicare         218.58
                                                                           OK St W/H        358.90
                                                                           Nontaxable         0.00
                                                                           Taxable       15,072.90

10/28/19   11/03/19   AM-RAIL CONSTRUCT   37.50         15.00    562.50

                                                                  YTD Hours:      986.70
Gross Pay:    562.50    Deductions:    311.66      Net Pay:       250.84

Tulsa's Green Country Staffing

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEORGE WILLOUGHBY | | | EMPL-118341 | 1 | | W/E Dt: 10/27/2019 | | 151510 |
| DON'T FORGET TO SET YOUR CLOCKS BACK 1 HOUR SATURDAY NIGHT!! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 37.20 | ADVANCE | 125.00 | Gross | 14,510.40 |
| Regular Pay | 40.00 | 600.00 | Medicare | 8.70 | Garnishment Perc | 150.00 | Fed W/H | 853.12 |
| | | | OK St W/H | 4.00 | | | Soc Sec | 899.63 |
| | | | | | | | Medicare | 210.42 |
| | | | | | | | OK St W/H | 355.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 14,510.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/21/19 | 10/27/19 | AM-RAIL CONSTRUCT | 40.00 | 15.00 | 600.00 | |

YTD Hours: 949.20

Gross Pay: 600.00      Deductions: 324.90      Net Pay: 275.10

---

**VOUCHER**

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

VOUCHER NO. 151510

DATE 11/01/19      AMOUNT *********.00

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

GEORGE LEE WILLOUGHBY
406 FAIRLANE DRIVE
#6
SAPULPA, OK 74066

**NOT NEGOTIABLE**

---

Tulsa's Green Country Staffing

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEORGE WILLOUGHBY | | | EMPL-118341 | 1 | | W/E Dt: 10/27/2019 | | 151510 |
| DON'T FORGET TO SET YOUR CLOCKS BACK 1 HOUR SATURDAY NIGHT!! | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 37.20 | ADVANCE | 125.00 | Gross | 14,510.40 |
| Regular Pay | 40.00 | 600.00 | Medicare | 8.70 | Garnishment Perc | 150.00 | Fed W/H | 853.12 |
| | | | OK St W/H | 4.00 | | | Soc Sec | 899.63 |
| | | | | | | | Medicare | 210.42 |
| | | | | | | | OK St W/H | 355.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 14,510.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/21/19 | 10/27/19 | AM-RAIL CONSTRUCT | 40.00 | 15.00 | 600.00 | |

YTD Hours: 949.20

Gross Pay: 600.00      Deductions: 324.90      Net Pay: 275.10

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY        EMPL-118341        1        W/E Dt: 10/20/2019        151087
-----YTD-----

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 31.00 | 465.00 | Soc Sec | 28.83 | ADVANCE | 110.00 | Gross | 13,910.40 |
| | | | Medicare | 6.74 | Garnishment Perc | 116.25 | Fed W/H | 853.12 |
| | | | OK St W/H | 1.00 | | | Soc Sec | 862.43 |
| | | | | | | | Medicare | 201.72 |
| | | | | | | | OK St W/H | 351.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 13,910.40 |

10/14/19   10/20/19   AM-RAIL CONSTRUCT   31.00   15.00   465.00

Gross Pay:   465.00       Deductions:   262.82       YTD Hours:   909.20
                                                     Net Pay:     202.18

---

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

**VOUCHER**

VOUCHER NO.
151087

DATE   10/25/19   AMOUNT
*********.00

****VOID****
**** Direct Deposit ****

NAME OF
EMPLOYEE

GEORGE LEE WILLOUGHBY
406 FAIRLANE DRIVE
#6
SAPULPA, OK 74066

**NOT NEGOTIABLE**

---

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY        EMPL-118341        1        W/E Dt: 10/20/2019        151087
-----YTD-----

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 31.00 | 465.00 | Soc Sec | 28.83 | ADVANCE | 110.00 | Gross | 13,910.40 |
| | | | Medicare | 6.74 | Garnishment Perc | 116.25 | Fed W/H | 853.12 |
| | | | OK St W/H | 1.00 | | | Soc Sec | 862.43 |
| | | | | | | | Medicare | 201.72 |
| | | | | | | | OK St W/H | 351.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 13,910.40 |

10/14/19   10/20/19   AM-RAIL CONSTRUCT   31.00   15.00   465.00

Gross Pay:   465.00       Deductions:   262.82       YTD Hours:   909.20
                                                     Net Pay:     202.18

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| lsa's Green Country Staffing | | | | | | | | | |
| GEORGE WILLOUGHBY | | | | EMPL-118341 | 1 | | W/E Dt: 10/13/2019 | | 150707 |
| | | | | | | | | | -----YTD----- |
| | Hours | Amount | Fed'l W/H | 24.08 | ADVANCE | | 125.00 | Gross | 13,445.40 |
| Regular Pay | 40.00 | 600.00 | Soc Sec | 64.05 | Garnishment Perc | | 258.28 | Fed W/H | 853.12 |
| Overtime | 19.25 | 433.13 | Medicare | 14.98 | | | | Soc Sec | 833.60 |
| | | | OK St W/H | 26.00 | | | | Medicare | 194.98 |
| | | | | | | | | OK St W/H | 350.90 |
| | | | | | | | | Nontaxable | 0.00 |
| | | | | | | | | Taxable | 13,445.40 |
| 10/07/19 | 10/13/19 | AM-RAIL CONSTRUCT | | 40.00 | | 15.00 | 600.00 | | |
| 10/07/19 | 10/13/19 | AM-RAIL CONSTRUCT | | 19.25 | | 22.50 | 433.13 | | |
| | | | | | | | | YTD Hours: | 878.20 |
| Gross Pay: | | 1,033.13 | Deductions: | | | 512.39 | | Net Pay: | 520.74 |

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

**VOUCHER**

**VOUCHER NO.**
150707

**DATE**   10/18/19   **AMOUNT**
*********.00

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

GEORGE LEE WILLOUGHBY
406 FAIRLANE DRIVE
#6
SAPULPA, OK 74066

**NOT NEGOTIABLE**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| lsa's Green Country Staffing | | | | | | | | | |
| GEORGE WILLOUGHBY | | | | EMPL-118341 | 1 | | W/E Dt: 10/13/2019 | | 150707 |
| | | | | | | | | | -----YTD----- |
| | Hours | Amount | Fed'l W/H | 24.08 | ADVANCE | | 125.00 | Gross | 13,445.40 |
| Regular Pay | 40.00 | 600.00 | Soc Sec | 64.05 | Garnishment Perc | | 258.28 | Fed W/H | 853.12 |
| Overtime | 19.25 | 433.13 | Medicare | 14.98 | | | | Soc Sec | 833.60 |
| | | | OK St W/H | 26.00 | | | | Medicare | 194.98 |
| | | | | | | | | OK St W/H | 350.90 |
| | | | | | | | | Nontaxable | 0.00 |
| | | | | | | | | Taxable | 13,445.40 |
| 10/07/19 | 10/13/19 | AM-RAIL CONSTRUCT | | 40.00 | | 15.00 | 600.00 | | |
| 10/07/19 | 10/13/19 | AM-RAIL CONSTRUCT | | 19.25 | | 22.50 | 433.13 | | |
| | | | | | | | | YTD Hours: | 878.20 |
| Gross Pay: | | 1,033.13 | Deductions: | | | 512.39 | | Net Pay: | 520.74 |

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY          EMPL-118341          1          W/E Dt: 9/15/2019          147794
                                                                                     -----YTD-----

|  | Hours | Amount |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Soc Sec | 3.72 | ADVANCE | 40.40 | Gross | 11,362.27 |
| Regular Pay | 4.00 | 60.00 | Medicare | 0.87 | Garnishment Perc | 15.00 | Fed W/H | 812.27 |
|  |  |  |  |  |  |  | Soc Sec | 704.45 |
|  |  |  |  |  |  |  | Medicare | 164.77 |
|  |  |  |  |  |  |  | OK St W/H | 302.90 |
|  |  |  |  |  |  |  | Nontaxable | 0.00 |
|  |  |  |  |  |  |  | Taxable | 11,362.27 |

09/09/19     09/15/19     AM-RAIL CONSTRUCT          4.00          15.00          60.00

Gross Pay:     60.00          Deductions:     59.99          YTD Hours:     756.95
                                                             Net Pay:       0.01

---

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

**VOUCHER**

VOUCHER NO.
147794

DATE     09/20/19     AMOUNT
                      *********.00

NAME OF EMPLOYEE

****VOID****
**** Direct Deposit ****

GEORGE LEE WILLOUGHBY
16141 S MASON ST
KEIFER, OK 74041

**NOT NEGOTIABLE**

---

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY          EMPL-118341          1          W/E Dt: 9/15/2019          147794
                                                                                     -----YTD-----

|  | Hours | Amount |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Soc Sec | 3.72 | ADVANCE | 40.40 | Gross | 11,362.27 |
| Regular Pay | 4.00 | 60.00 | Medicare | 0.87 | Garnishment Perc | 15.00 | Fed W/H | 812.27 |
|  |  |  |  |  |  |  | Soc Sec | 704.45 |
|  |  |  |  |  |  |  | Medicare | 164.77 |
|  |  |  |  |  |  |  | OK St W/H | 302.90 |
|  |  |  |  |  |  |  | Nontaxable | 0.00 |
|  |  |  |  |  |  |  | Taxable | 11,362.27 |

09/09/19     09/15/19     AM-RAIL CONSTRUCT          4.00          15.00          60.00

Gross Pay:     60.00          Deductions:     59.99          YTD Hours:     756.95
                                                             Net Pay:       0.01

| Tulsa's Green Country Staffing | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEORGE WILLOUGHBY | | | FMPL-118341 | | 1 | W/E Dt: 9/22/2019 | | 149068 |
| | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 5.58 | ADVANCE | 60.60 | Gross | 11,452.27 |
| Regular Pay | 6.00 | 90.00 | Medicare | 1.31 | Garnishment Perc | 22.50 | Fed W/H | 812.27 |
| | | | | | | | Soc Sec | 710.03 |
| | | | | | | | Medicare | 166.08 |
| | | | | | | | OK St W/H | 302.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 11,452.27 |
| 09/16/19 | 09/22/19 | AM-RAIL CONSTRUCT | | 6.00 | | 15.00 | 90.00 | |

| | | | | | | YTD Hours: | 762.95 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 90.00 | | Deductions: | | 89.99 | Net Pay: | 0.01 |

---

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

**VOUCHER**

**VOUCHER NO.**
149068

DATE   09/27/19   **AMOUNT**
\*\*\*\*\*\*\*\*\*.00

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE
GEORGE LEE WILLOUGHBY
16141 S MASON ST
KEIFER, OK 74041

**NOT NEGOTIABLE**

---

| Tulsa's Green Country Staffing | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GEORGE WILLOUGHBY | | | EMPL-118341 | | 1 | W/E Dt: 9/22/2019 | | 149068 |
| | | | | | | | | -----YTD----- |
| | Hours | Amount | Soc Sec | 5.58 | ADVANCE | 60.60 | Gross | 11,452.27 |
| Regular Pay | 6.00 | 90.00 | Medicare | 1.31 | Garnishment Perc | 22.50 | Fed W/H | 812.27 |
| | | | | | | | Soc Sec | 710.03 |
| | | | | | | | Medicare | 166.08 |
| | | | | | | | OK St W/H | 302.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 11,452.27 |
| 09/16/19 | 09/22/19 | AM-RAIL CONSTRUCT | | 6.00 | | 15.00 | 90.00 | |

| | | | | | | YTD Hours: | 762.95 |
|---|---|---|---|---|---|---|---|
| Gross Pay: | 90.00 | | Deductions: | | 89.99 | Net Pay: | 0.01 |

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY    EMPL-118341    1    W/E Dt: 9/8/2019    146888
-----YTD-----

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 16.50 | 247.50 | Fed'l W/H | 9.37 | ADVANCE | 132.26 | Gross | 11,302.27 |
| | | | Soc Sec | 15.34 | Garnishment Perc | 61.88 | Fed W/H | 812.27 |
| | | | Medicare | 3.59 | | | Soc Sec | 700.73 |
| | | | OK St W/H | 2.00 | | | Medicare | 163.90 |
| | | | | | | | OK St W/H | 302.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 11,302.27 |

09/02/19    09/08/19    AM-RAIL CONSTRUCT    16.50    15.00    247.50

Gross Pay:    247.50    Deductions:    224.44    YTD Hours:    752.95
Net Pay:    23.06

---

Tulsa's Green Country Staffing
6802 S Garnett Rd
Broken Arrow, OK 74012

**VOUCHER**

VOUCHER NO.
146888

DATE    09/13/19    **AMOUNT**
*********.00

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

GEORGE LEE WILLOUGHBY
16141 S MASON ST
KEIFER, OK 74041

**NOT NEGOTIABLE**

---

Tulsa's Green Country Staffing
GEORGE WILLOUGHBY    EMPL-118341    1    W/E Dt: 9/8/2019    146888
-----YTD-----

| | Hours | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 16.50 | 247.50 | Fed'l W/H | 9.37 | ADVANCE | 132.26 | Gross | 11,302.27 |
| | | | Soc Sec | 15.34 | Garnishment Perc | 61.88 | Fed W/H | 812.27 |
| | | | Medicare | 3.59 | | | Soc Sec | 700.73 |
| | | | OK St W/H | 2.00 | | | Medicare | 163.90 |
| | | | | | | | OK St W/H | 302.90 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 11,302.27 |

09/02/19    09/08/19    AM-RAIL CONSTRUCT    16.50    15.00    247.50

Gross Pay:    247.50    Deductions:    224.44    YTD Hours:    752.95
Net Pay:    23.06

*[Handwritten annotation at top left: "Plaintiffs Exhibit B"]*

# Your New Benefit Amount

**BENEFICIARY'S NAME:** GEORGE L WILLOUGHBY

Your Social Security benefits will increase by **1.6%** in 2020 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is — **$1,353.60**
- The amount we deduct for Medicare Medical Insurance is — **$144.60**
  (If you did not have Medicare as of November 22, 2019, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — **$0.00**
  (We will notify you if the amount changes in 2020. If you did not elect withholding as of November 1, 2019, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — **$0.00**
  (If you did not elect voluntary tax withholding as of November 22, 2019, we show $0.00.)
- After we take any other deductions, you will receive — **$1,209.00** *[circled]*

  on or about January 8, 2020.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?
- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

*[Handwritten: "As of filing date Plaintiff will only recieve #1,027.65 This Action by Defendants makes it not possible to survive"]*

4750 S GARNETT RD
TULSA OK 74146

### Other Help For Seniors
Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

# Your New Benefit Amount

**BENEFICIARY'S NAME:** GEORGE L WILLOUGHBY

Your Social Security benefits will increase by **1.6%** in 2020 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is — $1,353.60
- The amount we deduct for Medicare Medical Insurance is — $144.60
  (If you did not have Medicare as of November 22, 2019, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare Prescription Drug Plan is — $0.00
  (We will notify you if the amount changes in 2020. If you did not elect withholding as of November 1, 2019, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — $0.00
  (If you did not elect voluntary tax withholding as of November 22, 2019, we show $0.00.)
- After we take any other deductions, you will receive — $1,209.00

on or about January 8, 2020.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal online. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?

- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**)
- Contact your nearest Social Security office

*[Handwritten: As of filing date Plaintiff will only receive $1,027.65]*

4750 S GARNETT RD
TULSA OK 74146

### Other Help For Seniors

Call the Eldercare Locator service of the U.S. Administration on Aging at **1-800-677-1116** or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

### Life Changes May Affect Eligibility For Federal Benefits

It's not unusual for people's circumstances to change after they apply for or start receiving benefits. These changes may increase your Federal benefits. For example, if your spouse or ex-spouse dies, you may qualify for a higher Social Security benefit. Visit *www.ssa.gov/potentialentitlement* to find out more. You also can use the Benefit Eligibility Screening Tool at *www.ssabest.benefits.gov/* to find out about benefits from Social Security.

### Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit *https://oig.ssa.gov/report* or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

### Help Prevent Identity Theft

Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, especially your Social Security number. Please visit *www.usa.gov/identity-theft* to find out more.

### Medicare Information

- Starting January 1, 2020, you should use your new Medicare card to get care. Old cards with Social Security numbers will no longer be accepted. If you don't have a new Medicare card, call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- To learn about Medicare eligibility or to apply, visit *www.ssa.gov/medicare/mediinfo.html* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (medical insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- For questions about Medicare coverage and billing, visit *www.Medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- The Extra Help program may help pay the costs of a Medicare Prescription Drug Plan for people with limited income and resources. Costs include premiums, deductibles, and co-payments. You can apply online at *www.ssa.gov/medicare/prescriptionhelp* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your State or local medical assistance (Medicaid) office.

### Need Health Insurance Or Know Someone Who Does?

Visit *www.HealthCare.gov* or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

*Social Security Administration*

### Life Changes May Affect Eligibility For Federal Benefits
It's not unusual for people's circumstances to change after they apply for or start receiving benefits. These changes may increase your Federal benefits. For example, if your spouse or ex-spouse dies, you may qualify for a higher Social Security benefit. Visit *www.ssa.gov/potentialentitlement* to find out more. You also can use the Benefit Eligibility Screening Tool at *www.ssabest.benefits.gov/* to find out about benefits from Social Security.

### Suspect Social Security Fraud?
If you suspect Social Security fraud, please visit *https://oig.ssa.gov/report* or call the Inspector General's Fraud Hotline at **1-800-269-0271** (TTY **1-866-501-2101**).

### Help Prevent Identity Theft
Be aware of scams through the mail, Internet, telephone, or in person. You should be careful when someone asks for personal information, especially your Social Security number. Please visit *www.usa.gov/identity-theft* to find out more.

### Medicare Information
- Starting January 1, 2020, you should use your new Medicare card to get care. Old cards with Social Security numbers will no longer be accepted. If you don't have a new Medicare card, call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- To learn about Medicare eligibility or to apply, visit *www.ssa.gov/medicare/mediinfo.html* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- If you do not sign up for Medicare Part B (medical insurance) when you are first eligible, or if you cancel Part B and then get it later, you may have to pay a late enrollment penalty for as long as you have Part B.
- For questions about Medicare coverage and billing, visit *www.Medicare.gov* or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).
- The Extra Help program may help pay the costs of a Medicare Prescription Drug Plan for people with limited income and resources. Costs include premiums, deductibles, and co-payments. You can apply online at *www.ssa.gov/medicare/prescriptionhelp* or call Social Security at **1-800-772-1213** (TTY **1-800-325-0778**).
- The Medicare Savings Programs may help pay for Medicare premiums and other out-of-pocket costs for people with limited income and resources. You can start the application process when you apply for Extra Help or you can contact your State or local medical assistance (Medicaid) office.

### Need Health Insurance Or Know Someone Who Does?
Visit *www.HealthCare.gov* or call **1-800-318-2596** (TTY **1-855-889-4325**) to learn more.

*Social Security Administration*

